IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COACH, INC., et al., | CASE NO. CV F 11-1029 LJO GSA |
| Plaintiffs, | **ORDER TO DISMISS AND TO CLOSE ACTION** (Doc. 22.) |
| vs. | |
| ENVY, | |
| Defendant. / | |

Based on plaintiffs' notice of voluntary dismissal under F.R.Civ.P. 41(a)(1)(A)(i), this Court:

1. DISMISSES this action without prejudice;

2. VACATES all pending matters and dates, including the April 2, 2012 scheduling conference; and

3. DIRECTS the clerk to close this action.

IT IS SO ORDERED.

Dated:   January 27, 2012            /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE

1